# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN, | Case No. 1:17-cv-01114-DAD-SAB |
| Plaintiff, | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |
| v. | |
| MICHELE YDERRAGA, et al., | |
| Defendants. | |

Plaintiff Kasey F. Hoffmann, a state prisoner proceeding pro se, has filed this civil rights action under 42 U.S.C. § 1983, together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

In his complaint, Plaintiff alleges violations of his civil rights by Defendants.[1] The alleged violations took place in Lassen County, California, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. See Local Rule 120(d). Therefore, this action should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court, may, on the court's own motion, be transferred to the proper venue within the District. Therefore, this action will be transferred to the Sacramento Division. The Court will not rule on

---

[1] The Court notes that it appears that this action may be related to Hoffmann v. Lassen County, et al., 2:15-cv-01382-GEB-DB (E.D. Cal.).

1

Plaintiff's application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, California 95814

3. This Court has not ruled on Plaintiff's request to proceed in forma pauperis.

IT IS SO ORDERED.

Dated: **August 22, 2017**

UNITED STATES MAGISTRATE JUDGE