UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMAN,<br><br>          Plaintiff,<br><br>    v.<br><br>MICHELE YDERRAGA, et al.,<br><br>          Defendants. | No. 2: 17-cv-1755 KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 6, 2017, the undersigned dismissed plaintiff's complaint with leave to amend. (ECF No. 6.) Pending before the court is plaintiff's amended complaint. (ECF No. 9.)

Plaintiff again alleges that he was denied his right to marry. After reviewing the amended complaint, it is not clear to the undersigned who plaintiff intends to name as defendants. The amended complaint does not clearly list the defendants. However, in his description of his claims, plaintiff identifies two individual employees of the Lassen County Clerk's Office, i.e., Michelle Yderraga and Julie Bustamante. However, it is not clear if plaintiff intends to name both Michelle Yderraga and Julie Bustamante as defendants.

In addition, plaintiff also alleges, "[a] representative of the county clerk['] s office that of Michelle Yderraga, et al. (here in after known as the defendants)…" This sentence seems to

1

suggest that plaintiff may be naming other county officials or agencies as defendants.

The undersigned cannot review a complaint without knowing who are the defendants. Accordingly, the amended complaint is dismissed with leave to file a second amended complaint. The second amended complaint shall clearly list the defendants. Plaintiff is reminded that the second amended complaint must be complete without reference to other documents. In other words, the second amended complaint must include all claims against all named defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. The amended complaint is dismissed with thirty days to file a second amended complaint; failure to file a second amended complaint within that time will result in dismissal of this action;

2. The Clerk of the Court is directed to send plaintiff the form for a civil rights complaint pursuant to 42 U.S.C. § 1983.

Dated: February 2, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hoff1755.ame

kc