UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMAN, | No. 2:17-cv-1755 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| MICHELE YDERRAGA, et al., | |
| Defendants. | |

Plaintiff has filed his second request for an extension of time to file and serve an opposition to defendant's December 27, 2018 motion to dismiss pursuant to the court's order of February 6, 2019. Good cause appearing, the motion will be granted. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 25) is granted; and

2. Plaintiff is granted forty-five days from the date of this order in which to file and serve his opposition. No further extensions of time will be granted.

Dated: March 20, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hoff1755.36sec