UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN,<br><br>             Plaintiff,<br><br>     v.<br><br>LASSEN COUNTY, et al.,<br><br>             Defendants. | No.  2:15-cv-1382 KJM DB P |
| KASEY F. HOFFMANN,<br><br>             Plaintiff,<br><br>     v.<br><br>MICHELE YDERRAGA,<br><br>             Defendant. | No.  2:17-cv-1755 KJM DB P<br><br><br>ORDER |

      Plaintiff has again requested a 120-day extension of time to file oppositions to defendants' motions for summary judgment.  In an order filed May 12, 2020, this court granted in part plaintiff's prior requests for an extension of time.  Plaintiff's opposition to defendants' summary judgment motions is due by August 10, 2020.

////

////

1 | Because they appear to be redundant of plaintiff's prior motions, plaintiff's current
2 | motions for an extension of time (ECF Nos. 87 and 41) are denied as moot.
3 |     IT IS SO ORDERED.

Dated: May 28, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/hoff1382+1755.36(2)

2