UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMANN,<br><br>    Plaintiff,<br><br>    v.<br><br>LASSEN COUNTY, et al.,<br><br>    Defendants. | No. 2:15-cv-1382 KJM DB P<br><br><br>ORDER |
| KASEY F. HOFFMANN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELE YDERRAGA,<br><br>    Defendant. | No. 2:17-cv-1755 KJM DB P<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, has filed these civil rights actions seeking relief under 42 U.S.C. § 1983.  These matters were referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On January 15, 2021, the magistrate judge filed findings and recommendations in both cases captioned above, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.

Neither party has filed objections to the findings and recommendations. Defendants have filed a notice of nonopposition in each case. ECF No. 99 (2015 case); ECF No. 54 (2017 case).

      The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations in each case to be supported by the record and by the proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed January 15, 2021, are adopted in full;

      2. These cases are dismissed for plaintiff's failure to comply with court orders; and

      3. The clerk of court is directed to close these cases.

DATED: March 31, 2021.

CHIEF UNITED STATES DISTRICT JUDGE